THE PEOPLE OF THE STATE OF NEW YORK ex rel. GENESEE LIGHT AND POWER COMPANY, Appellant, *v.* WILLIAM SOHMER, as Comptroller of the State of New York, Respondent.

*People ex rel. Genesee L. & P. Co.* v. *Sohmer*, 162 App. Div. 207, affirmed.
(Argued September 30, 1914; decided October 20, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 12, 1914, which confirmed, on certiorari, a determination of the defendant refusing to revise and readjust a franchise tax assessed against the relator for the year ending October 31, 1911.

*Elton H. Beals* and *Fred D. Corey* for appellant.

*James A. Parsons, Attorney-General (Franklin Kennedy* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: WERNER, HISCOCK, CHASE, COLLIN, HOGAN and MILLER, JJ. Absent: CARDOZO, J.